# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

In re  Image Pro International, Inc. ,
               Debtor

Case No.  15-11603

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| DRYTAC Corp 5601 Eastport Blvd Richmond VA 23231 | Sandy Riggs 5601 Eastport Blvd Richmond VA 23231 18042223094 | Trade Debt | | 1,294.44 |
| Nahnemuhle USA 380 N Terra Cotta RD Suite G Crystal Lake IL 60012 | Holly Schaeffer 380 Terra Cotta Rd Suite G Crystal Lake IL 60012 18155025880 | Trade Debt | | 3,337.04 |
| Graphic Finishing Partners LLC PO Box 1097 Maryland Heights MO 63043 | Rob Acker PO Box 1097 Maryland Heights MO 63043 18009862005 | Trade Debt | | 4,668.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Kobis<br>800 Fulgham Rd Ste 7<br>Plano TX 75093 | Jacob<br>800 Fulgham Rd Ste 7<br>Plano TX 75093<br>18007818002 | Trade Debt | | 4,809.00 |
| Tap Packaging Solutions<br>2160 Superior Ave<br>Cleveland OH 44114 | Marilyn R Emerson<br>2160 Superioi Ave<br>Cleveland OH 44114<br>2165350316 | Trade Debt | | 7,431.67 |
| FotoClub<br>14126 Gannet #105<br>Santa Fe Springs CA 90670 | Dio Rendon<br>14126 Gannet Ste 105<br>Santa Fe Springs CA 90670 | Trade Debt | | 7,750.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-872 - Wednesday, January 28, 2015, at 19:30:33 - 32747-301X-***** - PDF-XChange 4.0

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Southpoint Photo Supply Inc<br>Richard Joblove<br>12372 SW 82 Avenue 1 FL<br>Miami FL 33156 | Richard P Joblove<br>12372 SW 82nd Avenue<br>Miami FL 33156<br>305-256-4300 | Trade Debt | | 12,891.95 |
| Kanematsu USA Inc<br>W510523<br>PO Box 7777<br>Philadelphia PA 19175 | Sheldon Rudowski<br>W510523<br>PO Box 7777<br>Philadelphia PA 19175<br>2127049487 | Trade Debt | | 13,000.00 |
| Neil Enterprises<br>450 E Bunker Ct<br>Vernon Hills IL 60061 | Neil Fine<br>450 E Bunker Ct<br>Vernon Hills IL 60061<br>8475497627 | Trade Debt | | 15,474.67 |
| Charta Group Inc/ Permalite Inc<br>230 East Alondra Blvd<br>Gardena CA 90248 | Christian Cervantes<br>230 East Alondra Blvd<br>Gardena CA 90248<br>3103270244 | Trade Debt | | 21,055.70 |
| Nova Graphics Corp<br>8119 NW 29th St<br>Doral FL 33122 | Steven Dackers<br>8119 NW 29th St<br>Doral FL 33122<br><br>3055945775 ext 17 | Trade Debt | | 23,664.53 |
| De Lage Landen Financial Services<br>1111 Old Eagle School Road<br>Wayne PA 19087 | George Wright<br>1111 Old Eagle School Road<br>Wayne PA 19087<br>6103863675 | Trade Debt | | 27,221.93 |
| SYNNEX Corporation<br>39 Pelham Ridge Drive<br>Greenville SC 29615 | Kunti Desal<br>39 Pelham Ridge Drive<br>Greenville SC 29615<br>18004564822 ext 7631 | Trade Debt | | 27,829.03 |

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc. | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| DNP IMS America Corp<br>PO Box 281011<br>Atlanta GA 30384 | Marjorie Vanderburg<br>PO Box 281011<br>Atlanta GA 30384<br>7047847124 | Trade Debt | | 28,058.62 |
| MEVSA<br>PO Box 905435<br>Charlotte NC 28990 | Mimi Irvin<br>PO Box 905435<br>Charlotte NC 28990<br>7142527832 | Trade Debt | | 47,264.99 |
| CCNA/Wynit, Inc.<br>2400 Veterans Memorial Blvd Suite 300<br>Kenner LA 70062 | John Patterson<br>2400 Veterans Memorial Blvd Suite 300<br>Kenner LA 70062<br>8005096060 ext 1373 | Trade Debt | | 93,860.97 |
| Branch Banking and Trust<br>PO Box 632<br>Whiteville NC 28472 | Andrew Fulton, Esq.<br>1665 Palm Beach Lakes Blvd. Suite 1000<br>W Palm Beach FL 33401<br>561-491-1200 | Trade Debt | | 151,720.73 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date   1/28/2015

Signature   /s/ Frederick Friedmann
FREDERICK FRIEDMANN, President